PER CURIAM.
Affirmed. See and compare Berry v. Orr, 537 So.2d 1014 (Fla. 3d DCA 1988), rev. denied, 545 So.2d 1368 (Fla.1989); MacDonald v. McIver, 514 So.2d 1151, 1152 (Fla. 2d DCA 1987); City of Hialeah v. Rehm, 455 So.2d 458, 460 (Fla. 3d DCA 1984), rev. denied, 462 So.2d 1107 (Fla.1985); Wright v. Schulte, 441 So.2d 660 (Fla. 2d DCA 1983), rev. denied, 450 So.2d 488 (Fla.1984); Scozari v. Muscarella, 434 So.2d 27 (Fla. 3d DCA 1983); Reinhart v. Seaboard Coast Line Railway Company, 422 So.2d 41, 44 (Fla. 2d DCA 1982), rev. denied, 431 So.2d 988 (Fla.1983); Mitchell v. Angulo, 416 So.2d 910, 912 (Fla. 5th DCA 1982); compare Johnston v. Penrod Drilling Company, 803 F.2d 867 (5th Cir.1986).